MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

APALLA U. CHOPRA (S.B. #163207)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
Occidental College

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. LINDNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCCIDENTAL COLLEGE, <br><br> Defendant. | Case No. 2:20-cv-08481-JFW-RAOx <br><br> **FINAL JUDGMENT** <br><br> Judge: Hon. John F. Walter <br> Courtroom: 7A |

# FINAL JUDGMENT

Having granted Defendant Occidental College's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 49),

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that:

1. Judgment is entered in favor of Defendant Occidental College against Plaintiffs Steven Lindner and Chloe Lindner ("Plaintiffs") on all of Plaintiffs' claims.

2. Plaintiffs' First Amended Complaint in the above-captioned action is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice** in its entirety.

3. Plaintiffs shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: December 18, 2020

Honorable John. F. Walter
United States District Judge